# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 10, 2008

Charles R. Fulbruge III
Clerk

No. 06-30038

BP OIL PIPELINE CO., on its own behalf as operator and an undivided interest owner and on behalf of those with an interest in the 24 inch Clovelly-Alliance-Meraux ("CAM") Pipeline System located in Louisiana waters,

Plaintiff–Appellee–Cross-Appellant,

v.

WEBB CROSBY TUG, in rem; CROSBY TUGS, LLC,

Defendants–Appellants–Cross-Appellees.

---

In Re: In the matter of the complaint of Crosby Tugs, LLC and Webb Crosby, LLC as owners and operators of the M/V Webb Crosby, in a Cause for Exoneration from or Limitation of Liability,

CROSBY TUGS, LLC; WEBB CROSBY TUG, in rem,

Petitioners–Appellants–Cross-Appellees,

v.

MURPHY OIL COMPANY, USA, INC.; ET AL.,

Claimants,

MURPHY OIL COMPANY, USA, INC.,

Claimant–Appellee,

BP OIL PIPELINE COMPANY; AMERICAN GUARANTEE AND LIABILITY INSURANCE CO.,

Claimants–Appellees–Cross-Appellants.

No. 06-30038

AMERICAN GUARANTEE AND LIABILITY INSURANCE CO.,

Plaintiff–Appellee–Cross-Appellant,

v.

WEBB CROSBY TUG; CROSBY TUGS, LLC,

Defendants–Appellants–Cross-Appellees.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:03-CV-988
USDC No. 2:03-CV-9
USDC No. 2:02-CV-1222
USDC No. 2:02-CV-1125

Before GARZA, STEWART, and OWEN, Circuit Judges.

PER CURIAM:[*]

We have carefully considered the record, the briefs, and the arguments of counsel and conclude that the judgment of the district court should be affirmed.

AFFIRMED. See 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.